1  LAWRENCE G. BROWN
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4080
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff United States of America
7

8

9         IN THE UNITED STATES DISTRICT COURT FOR THE

10                  EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,    )  Case No. 1:08-cv-01786 OWW-GSA
                                )
13                              )
          Plaintiff,            )  **STIPULATION AND ORDER RE**
14                              )  **MODIFICATION OF SCHEDULING ORDER**
                                )  **AS TO EXTENSION OF EXPERT WITNESS**
15    v.                        )  **DISCLOSURE DEADLINE**
                                )
16 ORGANIC PASTURES DAIRY       )
   COMPANY LLC, corporation and )
17 MARK McAFEE, individual.     )
                                )
18                              )
          Defendants.           )
19                              )
   _____)
20

21      Plaintiff, United States of America ("United States") and

22 Defendants Organic Pastures Dairy Company LLC, a corporation, and

23 Mark McAfee, an individual (hereafter collectively, hereby

24 stipulate to modify the August 11, 2009 Scheduling Order as to

25 the September 18, 2009 deadline for disclosure of expert

26 witnesses.  The parties stipulate that the new deadline for

27 disclosure of expert witnesses shall be October 9, 2009.

28 ///

```
DATED: September 2, 2009.        LAWRENCE G. BROWN
                                 United States Attorney


                           By:   /s/ Deanna L. Martinez
                                 DEANNA L. MARTINEZ
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff
                                 United States of America

DATED: September 2, 2009.        LOMBARDO & GILLES, LLP


                           By:   /s/ J. Kenneth Gorman
                                 J. KENNETH GORMAN
                                 Attorney for Defendants
                                 Organic Pastures Dairy Company LLC
                                 and Mark McAfee
```

IT IS SO ORDERED.

**Dated:   September 2, 2009**          **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE