BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ORGANIC PASTURES DAIRY COMPANY LLC, corporation and MARK McAFEE, individual. <br><br> Defendants. | 1:08-cv-01786-OWW/GSA <br><br> **STIPULATION AND ORDER RE PLAINTIFF'S MOTION TO STAY DISCOVERY** |

In connection with Plaintiff's Motion to Stay Discovery filed December 9, 2009, Plaintiff, United States of America, and Defendants' counsel have conferred further and hereby stipulate to Plaintiff's Motion to Stay Discovery provided that the trial date in this matter currently set for May 4, 2010, is modified to allow for a brief period of limited discovery for those matters not resolved by this Court's ruling on Plaintiff's Motion for Summary Judgment (filed December 8, 2009; hearing scheduled for March 1, 2010).

Dated: December 16, 2009        BENJAMIN B. WAGNER
                                United States Attorney


                                By: /s/ Deanna L. Martinez
                                    DEANNA L. MARTINEZ
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff
                                    United States of America

**STIPULATION AND ORDER RE PLAINTIFF'S MOTION TO STAY DISCOVERY**

1
2   Dated: December 16, 2009                    LOMARDO & GILLES, LLP
3                                               By:    /s/ J. Kenneth Gorman
                                                       J. KENNETH GORMAN
4                                                      Attorney for Defendants
5
    IT IS SO ORDERED.
6
    **Dated:   December 17, 2009**                      **/s/ Oliver W. Wanger**
7                                                    UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**STIPULATION AND ORDER RE PLAINTIFF'S MOTION TO STAY DISCOVERY**