J. Kenneth Gorman, Esq. #102293
LOMBARDO & GILLES, LLP
318 Cayuga Street
Salinas, California 93901
Telephone: 831.754.2444
Facsimile: 831.754.2011

Attorneys for Defendants
Organic Pastures Dairy Company, LLC and
Mark McAfee

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>Plaintiff, </br></br>v. </br></br>ORGANIC PASTURES DAIRY COMPANY, LLC, corporation and MARK McAFEE, individual, </br></br>Defendants. | Case No. 1:08-CV-01786-OWW-GSA </br></br>**ORDER GRANTING MOTION TO CHANGE DATE FOR HEARING OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

The Court has reviewed the Motion to Change Date for Hearing of Plaintiff's Motion for Summary Judgment, the Points and Authorities in Support of said Motion and Declaration of Counsel in Support of said Motion, and having no opposition to said motions, it appears to the satisfaction of this Court that good cause exists for the change. The new date for the hearing is March 12, 2010 at 1:00 p.m.

Dated: February 1, 2010  　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　United States Senior District Court Judge

---

1

*United States of American v. Organic Pastures Dairy Company, LLC, et al.*
Case No. 1:08-CV-01786-OWW-GSA
Order Granting Motion to
Change Date for Hearing of Plaintiff's Motion for Summary Judgment

PDF created with pdfFactory trial version www.pdffactory.com