BENJAMIN WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cv-01786 OWW-GSA |
| Plaintiff, | **STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER AS TO PRETRIAL CONFERENCE** |
| v. | |
| ORGANIC PASTURES DAIRY COMPANY LLC, corporation and MARK McAFEE, individual. | |
| Defendants. | |

Plaintiff, United States of America ("United States") and Defendants Organic Pastures Dairy Company LLC, a corporation, and Mark McAfee, an individual, hereby stipulate to modify the August 11, 2009 Scheduling Order as to the March 29, 2010 Pretrial Conference in light of the December 16, 2009 Stipulation and Order re Plaintiff's Motion to Stay Discovery and Plaintiff's Motion for Summary Judgment which has been submitted to the Court. The parties have agreed that the May 4,

1 2010 trial date shall be modified for those matters not resolved
2 by this Court's ruling on Plaintiff's Motion for Summary
3 Judgment. Accordingly, the parties stipulate and request that
4 the Court vacate the March 29, 2010 Pretrial Conference and set
5 a new Pretrial Conference in accordance with the new Trial Date.

DATED: March 26, 2010.          BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/ Deanna L. Martinez
                                DEANNA L. MARTINEZ
                                Assistant United States Attorney
                                Attorneys for Plaintiff
                                United States of America

DATED: March 26, 2010.          LOMBARDO & GILLES, LLP

                          By:   /s/ J. Kenneth Gorman
                                J. KENNETH GORMAN
                                Attorney for Defendants
                                Organic Pastures Dairy Company LLC
                                and Mark McAfee

IT IS SO ORDERED.


                                    /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE