| | |
|---|---|
| 1 | BRIAN B. BOYNTON<br>Principal Deputy Assistant Attorney General |
| 2 | ARUN G. RAO<br>Deputy Assistant Attorney General |
| 3 | AMANDA N. LISKAMM<br>Director |
| 4 | ROGER J. GURAL<br>Senior Trial Attorney |
| 5 | U.S. Department of Justice<br>Consumer Protection Branch |
| 6 | 450 Fifth Street, N.W., Suite 6400S<br>Washington, D.C. 20001 |
| 7 | Tel: 202-307-0174<br>Email: roger.gural@usdoj.gov |
| 8 | |
| 9 | PHILLIP A. TALBERT<br>United States Attorney |
| 10 | EMILIA P. E. MORRIS<br>Assistant United States Attorney |
| 11 | Robert E. Coyle United States Courthouse<br>2500 Tulare Street, Suite 4401 |
| 12 | Fresno, CA 93721<br>Tel: (559) 497-4084 |
| 13 | Email: Emilia.Morris@usdoj.gov |
| 14 | Attorneys for Plaintiff<br>United States of America |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:08-CV-01786 |
| Plaintiff, | ) ) ) | **PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO REOPEN CASE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| vs. | ) ) ) | |
| ORGANIC PASTURES DAIRY COMPANY, LLC, a corporation, and MARK McAFEE, an individual, | ) ) ) ) | HEARING DATE: June 9, 2023<br>TIME: 9:30 AM |
| Defendants. | ) ) ) | PLACE: Courtroom 6, Fresno<br>JUDGE: Hon. Gary S. Austin |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE THAT** on April 28th, at 9:30 a.m., or as soon thereafter as the matter may be heard, pursuant to Rule 60 of the Federal Rules of Civil Procedure and the Court's April 20, 2010 Order in this Action (Dkt. No. 48) (the "April 2010 Order"), Plaintiff the United States of America ("United States") will and hereby does move this Court to relieve the United States from the July 22, 2010 termination and closing of this case for the limited purpose of declaring Defendants Organic Pastures Dairy Company, LLC ("Organic Pastures") and Mark McAfee and non-party Aaron McAfee in contempt of this Court.  The United States concurrently files with this Motion a Petition for an Order to Show Cause Why Raw Farm, LLC f/k/a Organic Pastures Dairy Company, LLC; Mark McAfee and Aaron McAfee Should Not be Held in Civil Contempt, and supporting papers ("Petition").

**MEMORANDUM OF POINTS AND AUTHORITIES**

  On April 20, 2010, this Court entered an order permanently enjoining Organic Pastures and Mark McAfee, as well as all associated persons from, *inter alia*, distributing in interstate commerce (1) unapproved new drugs, (2) misbranded food, and (3) raw milk and raw milk products for human consumption.  *See* April 2010 Order, Dkt. No. 48, at 29.  As shown in the United States' concurrently filed Petition, clear and convincing evidence exists of Organic Pastures' ongoing contempt of the April 2010 Order, which expressly refers to the United States' ability to bring a contempt proceeding.  *Id.*  Paragraph 2(N) of the April 2010 Order provides that "[t]his Court retains jurisdiction" over the action and the parties to this case "to issue such further decrees and orders as may be necessary to enforce or modify this Order and for granting such other relief as may be necessary and appropriate for the proper disposition of this case."  *Id.*[1]

  This motion and the concurrently filed Petition are filed pursuant to the Court's express retention of jurisdiction over the Defendants' compliance with the terms of the April 2010 Order, as well as Fed. R. Civ. P. 60.  "On motion and just terms, the court may relieve a party or its legal

---

[1] "Civil contempt proceedings are considered to be a part of the action that is the source of the order that is the subject of the noncompliance."  4 Wright & Miller, Federal Practice & Procedure § 1017 (4th ed. 2020)).

representative from a final judgment, order, or proceeding for the following reasons … (3) fraud …, misrepresentation, or misconduct by an opposing party… or (6) any other reason that justifies relief." Fed. R. Civ. P. 60(b)(3), (6).

Date: March 27, 2023

BRIAN B. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
ARUN G. RAO
Deputy Assistant Attorney General
AMANDA N. LISKAMM
Director
Consumer Protection Branch


 /s/ Roger Gural_____

Roger Gural
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 Fifth Street, N.W., Suite 6400S
Washington, D.C. 20001
Tel: 202-307-0174
Email: roger.gural@usdoj.gov
Counsel for the United States of America


OF COUNSEL:

MARK RAZA
Chief Counsel
U.S. Food and Drug Administration

PERHAM GORJI
Deputy Chief Counsel, Litigation
U.S. Food and Drug Administration

ELIZABETH TETER-GOSSMANN
Associate Chief Counsel for Enforcement
U.S. Department of Health and Human Services
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993
Phone: (301) 332-9869
elizabeth.teter@@fda.hhs.gov

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

 /s/ Emilia P. E. Morris_____
EMILIA P. E. MORRIS
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of California
Counsel for the United States of America

# CERTIFICATE OF SERVICE BY U.S. MAIL

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers:

That on March 27, 2023, she served a copy of:

**PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO REOPEN CASE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and its contents in the United States Mail at Fresno, California;

**Addressee(s):**

Robin Ratner, Esq.
1801 Century Park E
#475
Los Angeles, California 90067
Phone: (310) 818-7500

and by serving the following individuals via email through the Court's ECF system:

Esau Soren Diaz
Lombardo and Gilles
318 Cayuga Street
First Floor
Salinas, CA 93902-2119
831-754-2444
Fax: 831-754-2011
Email: soren@lomgil.com

John Kenneth Gorman
Lombardo & Gilles
318 Cayuga Street
Salinas, CA 93901
(831) 754-2444
Fax: (831) 754-2011
Email: ken@lomgil.com

*/s/ Marcela Vasquez*
Marcela Vasquez

- 3 -
PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO REOPEN CASE