Robin B. Ratner, Esq. (SBN 195788)
*rratner@structurelaw.com*
STRUCTURE LAW GROUP, LLP
1801 Century Park E., Suite 475
Los Angeles, CA 90067
Telephone: (310) 818-7500
Facsimile: (408) 441-7501

Attorneys for Defendants Raw Farm, LLC fka Organic Pastures Dairy Company, LLC; Mark McAfee; and Non-Party Aaron McAfee

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ORGANIC PASTURES DAIRY COMPANY, LLC, a corporation, and MARK McAFEE, an individual,<br><br>Defendants. | CASE NO. 1:08-CV-01786-JLT-SAB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO FILE OPPOSITION TO AND REPLY IN SUPPORT OF MOTION TO REOPEN CASE AND PETITION FOR AN ORDER TO SHOW CAUSE WHY RAW FARM, LLC F/K/A ORGANIC PASTURES DAIRY COMPANY, LLC; MARK MCAFEE; AND AARON MCAFEE SHOULD NOT BE HELD IN CIVIL CONTEMPT**<br><br>HEARING DATE: June 9, 2023<br>TIME: 9:30 AM<br>PLACE: Courtroom 4, Fresno<br>JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

Pursuant to Local Rule 143(a)(1), it is hereby stipulated by and between Defendants Raw Farm, LLC fka Organic Pastures Dairy Company, LLC; Mark McAfee; and Non-Party Aaron McAfee (collectively, "Raw Farm") and Plaintiff United States Of America's ("Plaintiff") as follows:

1. On March 27, 2023, Plaintiff filed its Motion To Reopen Case (the "Motion") And Petition For An Order To Show Cause Why Raw Farm, LLC f/k/a

Organic Pastures Dairy Company, LLC; Mark McAfee; And Aaron McAfee Should Not Be Held In Civil Contempt (the "Petition").

2. Raw Farm's deadline to respond to Plaintiff's Motion and Petition is currently April 10, 2023.

3. Due to Raw Farm's deadline to respond to Plaintiff's Motion and Petition falling over the Passover and Easter holiday period, the Parties jointly agree and hereby stipulate to a one-week extension for Raw Farm to file their response to Plaintiff's Motion and Petition, pursuant to Court approval.

4. With a one-week extension, Raw Farm's deadline to respond to Plaintiff's Motion and Petition would be **April 17, 2023.**

5. The Parties further jointly agree and hereby stipulate a one-week extension for Plaintiff to file its Reply Brief corresponding to the same.

6. With a one-week extension, Plaintiff's deadline to file a Reply brief in support of its Motion and Petition would be **April 27, 2023.**

7. There has been no previous extension of time requested or granted for these deadlines.

8. This extension is not to delay this matter, but to allow the Parties adequate time to prepare their response to and reply in support of the Motion and Petition.

9. This extension will not impact any other hearings or deadlines in this matter. The hearing on the Motion and Petition is set for June 9, 2023.

Date:  April 6, 2023                    STRUCTURE LAW GROUP, LLP

                                        By: /s/Robin B. Ratner
                                            Robin B. Ratner, Esq.
                                            Attorneys for Defendants Raw Farm,
                                            LLC fka Organic Pastures Dairy
                                            Company, LLC; Mark McAfee; and
                                            Non-Party Aaron McAfee

Date:  April 6, 2023						U.S. DEPARTMENT OF JUSTICE

							By:   /s/Roger J. Gural
								Roger J. Gural, Esq.
								Attorneys for Plaintiff
								United States Of America


## [PROPOSED] ORDER

The stipulation of the parties is approved.

IT IS SO ORDERED.


Date: _____					_____
							U.S. DISTRICT  JUDGE