Robin B. Ratner, Esq. (SBN 195788)
*rratner@structurelaw.com*
STRUCTURE LAW GROUP, LLP
1801 Century Park E., Suite 475
Los Angeles, CA  90067
Telephone: (310) 818-7500
Facsimile:  (408) 441-7501

Attorneys for Defendants Raw Farm, LLC fka Organic Pastures Dairy Company, LLC; Mark McAfee; and Non-Party Aaron McAfee

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ORGANIC PASTURES DAIRY COMPANY, LLC, a corporation, and MARK McAFEE, an individual,<br><br>　　　　　Defendants. | CASE NO. 1:08-CV-01786-JLT-SAB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE OF HEARING AND RELATED DEADLINES TO FILE ADDITIONAL BRIEFING IN OPPOSITION TO AND REPLY IN SUPPORT OF MOTION TO REOPEN CASE RE: WHY RAW FARM, LLC F/K/A ORGANIC PASTURES DAIRY COMPANY, LLC; MARK MCAFEE; AND AARON MCAFEE SHOULD NOT BE HELD IN CIVIL CONTEMPT**<br><br>HEARING DATE: July 5, 2023<br>TIME: 8:30 AM<br>PLACE: Courtroom 4, Fresno<br>JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

Pursuant to Local Rule 143(a)(1), it is hereby stipulated by and between Defendants Raw Farm, LLC fka Organic Pastures Dairy Company, LLC; Mark McAfee; and Non-Party Aaron McAfee (collectively, "Raw Farm") and Plaintiff United States of America ("Plaintiff") (collectively, "the Parties") as follows:

1. On March 27, 2023, Plaintiff filed its Motion To Reopen Case (the

"Motion") And Petition For An Order To Show Cause Why Raw Farm, LLC f/k/a Organic Pastures Dairy Company, LLC; Mark McAfee; And Aaron McAfee Should Not Be Held In Civil Contempt (the "Petition").

2. On May 19, 2023, the Court granted Plaintiff's Petition, and set an evidentiary hearing regarding the Motion for July 5, 2023. The Court also stated that it would "entertain any reasonable stipulation to permit a different briefing pattern and schedule."

3. Due to the evidentiary hearing falling immediately after the July 4th Independence Day holiday, and with concern for delays in both travel and preparation for the hearing caused by firm closures related to the holiday, as well as concern for the respective pre-planned schedules of counsel and pertinent witnesses, the Parties jointly agree and hereby stipulate to an extension of the hearing date to **August 9, 2023**, pursuant to Court approval, or to a date thereafter convenient to the Court.[1]

4. With consideration for this extension, the Parties jointly agree and hereby stipulate to the following filing schedule, pursuant to Court approval. Specifically,

    a. Raw Farm shall show cause in writing why they should not be held in civil contempt on or before **July 7, 2023**. Alternatively, Raw Farm may rest on their previously filed brief as their substantive response.

    b. Should Raw Farm file an additional brief, Plaintiff may file a reply on or before **July 17, 2023**.

    c. The parties shall submit witness lists, indicating the anticipated length of testimony or each witness and providing a brief proffer of their anticipated testimony, on or before **July 26, 2023**.

---

[1] The Parties are also agreeable to the following dates: August 14, 2023 and August 15, 2023. Raw Farm and its witnesses are unavailable August 16, 2023 through September 30, 2023 due to pre-planned travel and scheduling constraints.

5. There has been no previous extension of time requested or granted for these deadlines.

6. This extension is not to delay this matter, but to account for the availability of the Parties, their witnesses, and their counsel at the evidentiary hearing, and to allow the Parties adequate time to prepare their submissions. Moreover, at the strong encouragement of the Court, the Parties have also agreed to further pursue settlement of this matter in advance of the above-referenced hearing.[2] The Parties agree that the additional time requested will permit fruitful and productive settlement discussions.

Date:  June 2, 2023                    STRUCTURE LAW GROUP, LLP

By: /s/Robin B. Ratner
    Robin B. Ratner, Esq.
    Attorneys for Defendants Raw Farm,
    LLC fka Organic Pastures Dairy
    Company, LLC; Mark McAfee; and
    Non-Party Aaron McAfee

Date:  June 2, 2023                    U.S. DEPARTMENT OF JUSTICE

By:   /s/Roger J. Gural
    Roger J. Gural, Esq.
    Attorney for Plaintiff
    United States of America

///
///
///
///

---

[2] At this time, the Parties do not expect to request the assistance of a magistrate judge.

# [PROPOSED] ORDER

The stipulation of the parties is approved.

IT IS SO ORDERED.

Dated: _____
UNITED STATES DISTRICT JUDGE