BRIAN B. BOYNTON
Principal Deputy Assistant Attorney General
ARUN G. RAO
Deputy Assistant Attorney General
AMANDA N. LISKAMM
Director
ROGER J. GURAL
Senior Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
450 Fifth Street, N.W., Suite 6400S
Washington, D.C. 20001
Tel: 202-307-0174
Email: roger.gural@usdoj.gov

PHILLIP A. TALBERT
United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Tel: (559) 497-4084
Email: Emilia.Morris@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ORGANIC PASTURES DAIRY COMPANY, LLC, a corporation, and MARK McAFEE, an individual,<br><br>Defendants. | CASE NO. 1:08-CV-01786-JLT-SAB<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENTER CONSENT DECREE AND VACATE HEARING**<br><br>HEARING DATE: August 9, 2023<br>TIME: 8:30 AM<br>PLACE: Courtroom 4, Fresno<br>JUDGE: Hon. Jennifer L. Thurston |

## STIPULATION

Pursuant to Local Rule 143(a)(1), it is hereby stipulated by and between Plaintiff United

States of America ("Plaintiff") and Defendants RAW FARM, LLC f/k/a Organic Pastures Dairy

Company, LLC and Mark McAfee, and Non-Party Aaron McAfee (collectively, "Respondents") as follows:

1.     On March 27, 2023, Plaintiff filed its Motion To Reopen Case (the "Motion") And Petition For An Order To Show Cause Why RAW FARM, LLC f/k/a Organic Pastures Dairy Company, LLC; Mark McAfee; And Aaron McAfee Should Not Be Held In Civil Contempt (the "Petition").

2.     On May 19, 2023, the Court granted Plaintiff's Petition, and set an evidentiary hearing regarding whether Respondents should be held in civil contempt for July 5, 2023, which was later continued to August 9, 2023, at the Parties' request.

3.     In advance of the above-referenced hearing, counsel for Plaintiff and Respondents pursued negotiations to resolve this matter.

4.     Plaintiff and Respondents now jointly agree and hereby stipulate to entry of the Consent Decree, attached as Exhibit A, as a final settlement of the dispute raised in the Petition, pursuant to Court approval.

5.     In light of the settlement, Plaintiff and Respondents respectfully request that the Court sign and enter the attached Consent Decree and vacate the August 9, 2023, hearing date and any associated deadlines.

Date:  July 26, 2023                    U.S. DEPARTMENT OF JUSTICE


                                        By:____/s/Roger J. Gural_____
                                             Roger J. Gural, Esq.
                                             Attorney for Plaintiff
                                             United States of America


Date:  July 26, 2023                    STRUCTURE LAW GROUP, LLP


                                        By: /s/ Mark Figueiredo_____
                                             Attorneys for Defendants Raw Farm, LLC fka
                                             Organic Pastures Dairy Company, LLC; Mark
                                             McAfee; and Non-Party Aaron McAfee

**[PROPOSED] ORDER**

The stipulation is approved;

The Consent Decree (attached hereto as Exhibit A) is entered as a final resolution of the dispute raised in Plaintiff's Petition For An Order To Show Cause Why RAW FARM, LLC f/k/a Organic Pastures Dairy Company, LLC; Mark McAfee; And Aaron McAfee, Dkt. No. 50-1; and

The hearing set for August 9, 2023, and any related deadlines, are hereby VACATED.

IT IS SO ORDERED.


Date: _____                    _____
                                        U.S. DISTRICT JUDGE