BRIAN B. BOYNTON
Principal Deputy Assistant Attorney General
ARUN G. RAO
Deputy Assistant Attorney General
AMANDA N. LISKAMM
Director
ROGER J. GURAL
Senior Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
450 Fifth Street, N.W., Suite 6400S
Washington, D.C. 20001
Tel: 202-307-0174
Email: roger.gural@usdoj.gov

PHILLIP A. TALBERT
United States Attorney
EMILIA P. E. MORRIS
Assistant United States Attorney
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Tel: (559) 497-4084
Email: Emilia.Morris@usdoj.gov

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ORGANIC PASTURES DAIRY COMPANY, LLC, a corporation, and MARK McAFEE, an individual,<br><br>　　　　　　Defendants. | Case No.: 1:08-CV-01786<br><br>[~~PROPOSED~~] ORDER ON UNITED STATES' REQUEST TO SEAL |

1  Contemporaneously herewith, the United States has filed a Notice of Request to File
2  Documents Under Seal. The United States requests leave to publicly file redacted versions of the
3  following documents and place unredacted versions of the documents under seal in order to protect
4  Defendants' trade secrets or confidential commercial information (CCI):
5      1. Declaration of Darla R. Bracy and Exhibits A, B, C, D, E, F, G, H, J, K, L, M, N, O,
6         P, Q, R, S, T, FF, GG, HH, JJ, KK, and LL thereto;
7      2. Exhibit B to Declaration of Hua Wang;
8      3. Exhibits B and C to Declaration of Stephen P. Walker; and
9      4. United States' Memorandum in Support of Motion to Enforce the Decree
10  The Court does not seal case documents from public view without good cause. Being that
11  the CCI included in the above documents is necessary for the United States to pursue its Motion to
12  Enforce the Decree, the Court finds that unredacted versions of these documents should be filed
13  under seal.  Further, the United States may file redacted versions of these documents on the public
14  docket. It is the practice of this Court to maintain case documents under seal until they are ordered
15  unsealed by the Court.  Accordingly, the Court shall grant the United States' request for an order to
16  file the above unredacted documents under seal and publicly file redacted versions.  The Clerk of
17  Court shall be directed to file under seal the above unredacted documents submitted by the United
18  States until it is ordered unsealed by the Court.
19  Based on the foregoing, IT IS HEREBY ORDERED THAT:
20      1. The United States' Request to Seal Documents is Granted; and
21      2. The Clerk of Court is DIRECTED to file under seal unredacted copies of the above
22         documents until it is ordered unsealed by the Court.
23
24  IT IS SO ORDERED.
25    Dated:  **April 23, 2024**
26                                          UNITED STATES DISTRICT JUDGE