1   Mark R. Figueiredo, Esq. (SBN 178850)
    *mrf@structurelaw.com*
2   Christopher G. Addy, Esq. (SBN 256044)
    *caddy@structurelaw.com*
3   STRUCTURE LAW GROUP, LLP
    1801 Century Park E. Suite 475
4   Los Angeles, CA 90067
    Telephone: (310) 818-7500
5   Facsimile: (408) 441-7501
6

7   Attorneys for Defendants Raw Farm, LLC fka
    Organic Pastures Dairy Company, LLC; and
8   Mark McAfee
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,              CASE NO. 1:08-CV-01786-JLT-SAB

13              Plaintiff,                 **STIPULATION AND [~~PROPOSED~~]
                                           ORDER TO EXTEND DEADLINES TO
14      v.                                 FILE OPPOSITIONS TO PLAINTIFF'S
                                           MOTION TO ENFORCE DECREE AND
15  ORGANIC PASTURES DAIRY COMPANY,        MOTION TO REOPEN CASE**
    LLC, a corporation, and MARK McAFEE, an
16  individual,                            Date:    May 24, 2024
                                           Time:    9:00 AM
17              Defendants.                Dept.:   Courtroom 6, Fresno
                                           Judge:   Hon. Jennifer L. Thurston
18

19                          **STIPULATION**

20          Pursuant to Local Rule 143(a)(1), it is hereby stipulated by and between Defendants Raw

21  Farm, LLC, fka Organic Pastures Dairy Company, LLC; and Mark McAfee (collectively, "Raw

22  Farm"); and Plaintiff United States of America ("Plaintiff") (collectively, the "Parties") as follows:

23          1.     On April 19, 2024, Plaintiff filed its Motion to Reopen Case (*See* Dkt 68 "Motion

24  to Reopen"), and its related Motion to Enforce Decree (*See* Dkt 69 "Motion to Enforce"). Plaintiff

25  also included a request to seal portions of the Motion to Enforce.

26          2.     On April 23, 2024, the Court granted Plaintiff's request to seal (*See* Dkt 70).

27          3.     On April 23, 2024, Plaintiff's counsel provided electronic copies of the full and

28  unreacted versions of the Motion to Enforce and accompanying Exhibits to Raw Farm's counsel,

1   which due to technical issues was received by Defendant's counsel on April 24, 2024.

2       4.      Parties jointly agree and hereby stipulate that Raw Farm shall file its oppositions to

3   the Motion to Reopen and the Motion to Enforce on or before **May 8, 2024**, and that Plaintiff shall

4   file its reply on or before **May 20, 2024**.

5       5.      There has been no previous extension of time requested or granted for these

6   deadlines.

7       6.      This extension is not to delay this matter, but to allow the Parties adequate time to

8   prepare their submissions.

9       7.      This extension will not affect the hearing date presently set for May 24, 2024.

10  Date:  May 3, 2024                    STRUCTURE LAW GROUP, LLP

11                                        By:___/s/Mark R. Figueiredo_____
12                                            Mark R. Figueiredo, Esq.
                                              Attorneys for Defendants Raw Farm, LLC fka
13                                            Organic Pastures Dairy Company, LLC; and
                                              Mark McAfee
14

15  Date:  May 3, 2024                    U.S. DEPARTMENT OF JUSTICE

16                                        By:___/s/ Roger J. Gural_____
17                                            Roger J. Gural, Esq.
                                              Attorney for Plaintiff
18                                            United States of America

19                              **[~~PROPOSED~~] ORDER**

20      The stipulation of the parties is approved. The Court will evaluate the current hearing date

21  of May 24, 2024 once it has had an opportunity to review the opposition papers. Among other

22  things, the Court presently has a civil jury trial scheduled to commence on May 21, 2024, which

23  may impact the Court's availability and ability to review the entire record in time for a May 24

24  hearing.

        IT IS SO ORDERED.
25

26   Dated:  May 3, 2024                   _Jennifer L. Thurston_____
                                           UNITED STATES DISTRICT JUDGE
27

28

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND OPPOSITIONS DEADLINES