Mark R. Figueiredo, Esq. (SBN 178850)
mrf@structurelaw.com
Christopher G. Addy, Esq. (SBN 256044)
caddy@structurelaw.com
STRUCTURE LAW GROUP, LLP
1801 Century Park E. Suite 475
Los Angeles, CA 90067
Telephone: (310) 818-7500
Facsimile: (408) 441-7501

Attorneys for Defendants Raw Farm, LLC fka
Organic Pastures Dairy Company, LLC; and
Mark McAfee

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ORGANIC PASTURES DAIRY COMPANY, LLC, a corporation, and MARK McAFEE, an individual,<br><br>Defendants. | CASE NO. 1:08-CV-01786-JLT-SAB<br><br>**OPPOSITION TO PLAINTIFF'S MOTION TO REOPEN CASE**<br><br>Date: May 24, 2024<br>Time: 9:00 AM<br>Dept.: Courtroom 6, Fresno<br>Judge: Hon. Jennifer L. Thurston |
|---|---|

Defendants Raw Farm, LLC, formerly known as Organic Pastures Dairy Company, LLC, ("Raw Farm") and Mark McAfee (collectively, "Defendants") hereby oppose Plaintiff United States of America's ("Plaintiff") Motion To Reopen Case ("Motion").

This motion is brought pursuant to Rule 60 of the Federal Rules of Civil Procedure which states, in pertinent part:

> (b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
>
> (1)    mistake, inadvertence, surprise, or excusable neglect;

(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

In the present case, none of the available grounds applies. Plaintiff has not even attempted to meet its burden to show that any of the grounds apply. Plaintiff has not (1) substantiated any mistake, inadvertence, surprise, or excusable neglect; (2) proffered newly discovered evidence warranting a re-opening of the case; (3) alleged the requisite fraud, misrepresentation, or misconduct; (4) claimed any void judgment; (5) mentioned any judgment that has been reversed or vacated; or (6) explained other reasons justifying relief.

Plaintiff's intention is not to relitigate any of the issues preceding the Consent Decree, i.e. the labeling issues that were present at that time. Instead, Plaintiff is bringing new claims related to product recalls (which are in any event moot). But in acting in this manner, Plaintiff is attempting to deprive Defendants of due process. The new claims should be subject to the typical challenges, as well as customary discovery, before any dispositive decisions should be made. Plaintiff should not be allowed to reopen the case for its intended purpose. Accordingly, Defendants respectfully request that this motion be denied.

Date: May 8, 2024                                          STRUCTURE LAW GROUP, LLP


                                                           By: /s/Mark R. Figueiredo
                                                               Mark R. Figueiredo, Esq.
                                                               Attorneys for Attorneys for Defendants
                                                               Raw Farm, LLC fka Organic Pastures
                                                               Dairy Company, LLC; and Mark McAfee